CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY, Appellant, vs. RAILROAD COMMISSION OF WISCONSIN, Respondent.   [Cab curtain case.]

*Filed March 1, 1927.*

PER CURIAM.   Appeal by the *Chicago, Milwaukee & St. Paul Railway Company* to review an order of the *Railroad Commission* requiring railroad companies operating in the state of Wisconsin to equip their locomotives with cab curtains as specified in said order.

This is a companion case to *Chicago & N. W. R. Co. v. Railroad Comm.,* and was argued and decided therewith by

both courts.  Therefore, in accordance with the ruling in
*Chicago & N. W. R. Co. v. Railroad Comm.* 47 Sup. Ct. 207:

It is ordered and adjudged that said mandate so filed be
entered in this court, and that pursuant to the command
thereof the judgment entered in this court in said action on
the 17th day of November, 1925, affirming the judgment of
the circuit court for Dane county herein, be and the same is
in all things vacated and set aside.

And it is further ordered and adjudged that the judgment
of the circuit court for Dane county affirming the order of
the *Railroad Commission* be and the same is hereby reversed,
and that this cause be and the same is hereby remanded to
said trial court with directions to set aside the order of the
*Railroad Commission*.

STEVENS, J., took no part.